# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LOUIS WITT,     : | |
|     Plaintiff,     : | |
| : | |
| v.     : | |
| : | CIVIL ACTION 1:19-00077-KD-MU |
| TRACY S. PALMER,     : | |
|     Defendant.     : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made pursuant to 28 U.S.C. § 636(b)(1)(B) and dated June 27, 2019 is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that the Defendant's motion to dismiss -- which has been treated as a motion for summary judgment pursuant to Fed.R.Civ.P. Rule 12(d) -- is **GRANTED,** and that this action is hereby **DISMISSED**.

    **DONE** and **ORDERED** this the **22nd** day of **July 2019.**

    /s/ Kristi K. DuBose
    **KRISTI K. DuBOSE**
    **CHIEF UNITED STATES DISTRICT JUDGE**